UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA WAHAB, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>   -against-<br><br>GALLERIA NUVO, INC.,<br><br>            Defendant. | 24-CV-00582 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant had until January 15, 2025 to file its motion under Rule 12(c) along with any motion to stay discovery. (ECF 12.) Defendant did not do so.

Accordingly, by **January 24, 2025**, the parties are directed to file an Amended Proposed Case Management Plan updating their December 12, 2024 proposed case management plan (ECF 11), with the following revisions:

- Paragraph 5: to include a provision bifurcating discovery, which indicates the first 60 days of discovery shall be limited to jurisdictional discovery;

- Paragraphs 4, 5, 10, 15: to include a thirty-day extension of the entire schedule in an effort to account for the anticipated filing of Defendant's motion under Rule 12(c) that did not happen (i.e., fact discovery shall be completed by April 27, 2025 and all expert discovery shall be completed by June 20, 2025);

- Paragraph 7: to include the dates of joint monthly updates on the status of discovery beginning February 28, 2025 and continuing on the last business day of every month until the close of discovery.

DATED:  January 17, 2025
      New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge