UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA WAHAB,

                Plaintiff,

   -against-

GALLERIA NUVO, INC.,

                Defendant.

24-CV-0582 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Case Management Plan in this action required the parties to file a joint letter regarding the status of discovery by April 30, 2025. (*See* ECF 15 ¶ 7.) The parties have not complied. I am sua sponte extending the deadline for the joint status letter nunc pro tunc until tomorrow, **May 2, 2025.**

DATED:  May 1, 2025
           New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge