UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB,

                    Plaintiff,

        -against-

GALLERIA NUVO, INC.,

                    Defendant.

24-CV-0582 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Dispositive motions, if any, shall be filed by **September 1, 2025**; oppositions, if any, shall be filed by **October 1, 2025**; and replies, if any, shall be filed by **October 15, 2025**. If no such motions are filed, the joint pretrial order shall be filed by **September 8, 2025**. If any dispositive motions are filed, the joint pretrial order shall be due 30 days after a decision on such motions. At least 14 days before filing their joint pretrial order, counsel must meet for at least one hour to discuss settlement in good faith.

DATED:  July 8, 2025
            New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge