UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA WAHAB,

                Plaintiff,

  -against-

GALLERIA NUVO, INC.,

                Defendant.

24-CV-0582 (ALC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On July 8, 2025, I directed the parties to file a joint pretrial order by September 8, 2025, if no dispositive motions were filed by September 1, 2025. (ECF 30, Order.) No dispositive motions were filed by September 1, 2025, and to date, the parties have not filed a joint pretrial order. I am sua sponte extending the deadline for the parties' joint pretrial order nunc pro tunc to **September 15, 2025.**

DATED:  September 10, 2025
             New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge