

YAAKOV SAKS▲^*
JUDAH STEIN▲
ELIYAHU BABAD▲•
RAMI SALIM▲•

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
• NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

# STEIN | SAKS, PLLC

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 15, 2025

**Via CM/ECF**
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York

RE:     *Wahab v. Galleria Nuvo, Inc.*
        Case No. 1:24-cv-00582-ALC-RFT

Dear Judge Tarnofsky:

In response to the Order entered on September 10, 2025, Plaintiff requests an additional week to file the joint pretrial order that is currently due on September 15, 2025.

The Parties are working on completing the pretrial order but require additional time to confer and finalize.

Thank you for Your Honor's considerations.

Application GRANTED. The parties' deadline to file the joint pretrial order is extended nunc pro tunc to **September 23, 2025**. No further extensions will be granted absent extremely good cause shown.

The Clerk of Court is respectfully requested to terminate ECF 32.

Dated: September 16, 2025
New York, NY

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE