

YAAKOV SAKS▲*
JUDAH STEIN▲
ELIYAHU BABAD▲▪
RAMI SALIM▲▪

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 22, 2025

**Via CM/ECF**
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York

    RE:    *Wahab v. Galleria Nuvo, Inc.*
            Case No. 1:24-cv-00582-ALC-RFT

Dear Judge Tarnofsky:

    This firm represents the Plaintiff, Angela Wahab, in the above-referenced matter. The firm's servers have been down and non-functional since Friday, September 19, 2025 to this present time. As a result, we have been unable to work with Defendant to draft a proposed joint pretrial order. We respectfully request an extension to September 29, 2025 to file the proposed order to account for Rosh Hashanah.

    Thank you for Your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

Application GRANTED. The parties' deadline to file the joint pretrial order is extended until **September 29, 2025**. If the parties do not submit the joint pretrial order by **September 29, 2025**, they shall appear in person at Courtroom 9B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, at **9:00 AM on September 30, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 34.

Dated: September 23, 2025
    New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE