UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA WAHAB,<br><br>                       Plaintiff,<br><br>-against-<br><br>GALLERIA NUVO, INC.,<br><br>                      Defendant. | 1:24-cv-00582 (ALC) (RFT)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

        This Court will conduct a status conference in this action on **October 9, 2025, at 3:00PM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Dated:**    **October 3, 2025**
              **New York, New York**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**